Skinner et al v. New York Times Company Doc. 3

FILED
COURT OF COMMON PLEAS
'07 DEC 18 PM 1:04
GREGORY A. BRUSH
CLERK OF COURTS
MONTGOMERY CO. OHIO
10

**IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **BRADY SKINNER**<br>**216 Tahlequah Trail**<br>**Springboro, Ohio 45066**<br><br>**And**<br><br>**WESLEY LUBURGH**<br>**6939 Vienna Woods Trail**<br>**Dayton, Ohio 45459**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE NEW YORK TIMES COMPANY**<br>**620 Eight Avenue, New York, New York 10018;Prentice-Hall Corporation System, Inc., Statutory Agent, 50 West Broad Street, Columbus, Ohio 43215**<br><br>**MICHAEL BRAGA**<br>**C/O SARASOTA HERALD-TRIBUNE**<br>**1741 Main Street**<br>**Sarasota, Florida 34236**<br><br>**Defendants.** | : | **Case No. 2007 CV 1868**<br><br>**(Judge Jeffrey E. Froelich)**<br><br>**FIRST AMENDED COMPLAINT FOR DEFAMATION; JURY DEMAND ENDORSED HEREON** |

Now come Plaintiffs Brady Skinner and Wesley Luburgh ("Plaintiffs"), by and through counsel, and for their First Amended Complaint against Defendants The New York Times Company and Michael Braga ("Defendants") state the following claims for relief:

Dockets.Justia.com

## FIRST CLAIM FOR RELIEF
## (DEFAMATION)

1. Plaintiffs are individual citizens residing in and conducting business in Montgomery County, Ohio.

2. The Herald-Tribune Media Group is a news organization located in Sarasota, Florida and includes six daily newspapers, a cable news station, a web site, five magazines, and a direct-mail business. The Sarasota Herald-Tribune, one of the Herald-Tribune Media Group's six newspapers, is a newspaper of general circulation.

3. The Herald-Tribune Media Group is owned and operated by Defendant The New York Times Company.

4. Defendant Michael Braga was, at all relevant times herein, a journalist acting within the scope and duties of his employment with the Herald-Tribune Media Group, The Sarasota Herald-Tribune, and/or Defendant The New York Times Company.

5. On or about December 18, 2006, in a newspaper article entitled "A Puppet or a Partner?," Defendants made false statements about Plaintiffs, including but not limited to, identifying Plaintiffs as "Key Players" in a conspiracy to commit wire and mail fraud in connection with fraudulent real estate deals in Florida ("Defendants' false statements"). (See December 18, 2006 article attached hereto as Exhibit 1).

5. Defendants' false statements were published in the Sarasota Herald-Tribune's December 18, 2006 edition as well as on the Sarasota Herald-Tribune and/or Herald-Tribune Media Group's web site by virtue of which Defendants' false statements were published and disseminated to the public in Montgomery County, Ohio and elsewhere.

6. On December 22, 2006, Plaintiffs' attorney sent a letter to the Publisher and Executive Director of the Herald-Tribune Media Group requesting that the Herald-Tribune Media Group and the

Sarasota Herald-Tribune issue a retraction of Defendants' false statements. Through a letter dated December 27, 2006, Defendant The New York Times Company denied Plaintiffs' request. (See December 22, 2006 and December 27, 2006 letters attached hereto as Exhibits 2 & 3, respectively).

7. Defendants' false statements were untrue and/or malicious.

8. Defendants knew or should have known that their false statements were untrue and/or acted with a conscious and reckless disregard as to the truth of the statements published.

9. Defendants' false statements were injurious to Plaintiffs' business relationships, professional reputations, occupations, and financial affairs. The publication of such statements exposed Plaintiffs to public hatred, contempt, ridicule, and shame and disgrace.

10. Defendants' false statements are actionable per se.

**WHEREFORE,** Plaintiffs demand judgment against Defendants, jointly and severally, for compensatory and consequential damages in an amount in excess of $25,000, pre- and post-judgment interest thereon, punitive damages, attorneys' fees, costs, and such other and further relief to which Plaintiffs may be entitled to herein.

Respectfully submitted,

Steven K. Dankof, Sr. (#0010428)
Thomas J. Intili (#0036843)
Steven K. Dankof, Jr. (#0080628)
Skilken, Lowe & Dankof LLC
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423
Tel: (937)223-1500
Fax: (937)224-1402
Email: steve@sldlawyers.com;
tji@sldlawyers.com;
stevedankofjr@sldlawyers.com
Attorneys for Plaintiffs

**JURY DEMAND**

Now come Plaintiffs Brady Skinner and Wesley Luburgh and demand a trial by jury as to all issues raised in the foregoing Complaint.

Steven K. Dankof, Sr., Esq.

**PRAECIPE**

**TO CLERK OF THE COMMON PLEAS COURT OF MONTGOMERY COUNTY:**

Please issue service of the Summons and Complaint to Defendants at the addresses provided in the caption of Plaintiffs' First Amended Complaint via certified mail, return receipt requested.

Respectfully submitted,

Steven K. Dankof, Sr. (#0010428)
Thomas J. Intili (#0036843)
Steven K. Dankof, Jr. (#0080628)
Skilken, Lowe & Dankof LLC
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423
Tel: (937)223-1500
Fax: (937)224-1402
Email: steve@sldlawyers.com;
tji@sldlawyers.com;
stevedankofjr@sldlawyers.com
Attorneys for Plaintiffs

Herald-Tribune

AN EDITION OF THE SARASOTA HERALD-TRIBUNE MONDAY, DECEMBER 18, 2006 25¢

Ken Orndl... [illegible]: To All FYI Brian 3 pages

**SHE'S BAAAACK!**

After years of losing popularity, Barbie is "kind of cool" again. Florida West

SIDE

SCAM BUSTERS

F IT SOUNDS TOO GOOD TO BE TRUE . . .

How a retired Longboat Key couple fell into an investment scam — and tips to help you avoid making a similar mistake. Business Weekly

EDUCATION

**SCHOOL BOARDS, TEACHERS SPLIT**

Many educators believe that the state's Special Teachers ...

THE INTERNET | MORE USAGE, MORE INTERVENTION

Time magazine has named "you" — the users of the Internet — as its "Person of the Year" for 2006.

As Americans spend more time online, local police are keeping an eye on the Internet for criminal activity, and one local library system is blocking access to MySpace to protect children.

# CRIME: Police have new beat — online

By [illegible]

[illegible]@heraldtribune.com

Florida law enforcement agencies, backed by hundreds of thousands of dollars in state grants, now are patrolling the Internet in the same way officers have traditionally pounded the streets of their beats.

Investigators have been seeking out online sexual predators for years. But experts say the number of officers searching for cyberspace crimes is rapidly rising as they turn social networking Web sites, such as Facebook.com and MySpace.com, into their personal beats.

Last week, in what is believed to be the first drug bust in the area that used Web site monitoring, Punta Gorda police arrested a teenager who boasted on a MySpace Web page of smoking marijuana.

The Sarasota County Sheriff's Office conducted its first

PLEASE SEE CRIME ON 12A

# ACCESS: Library kicks out MyS...

By [illegible]

[illegible]@heraldtribune.com

Just as MySpace.com is being pegged as the latest cultural icon of the Internet age, a growing number of public agencies are moving to restrict access to it.

The Manatee County library system last week became the latest to block access to the popular social networking site, arguing that it gives predators access to children.

Schools in ... [illegible] and Sara... ready ban ... their campus...

And oppo... becoming ... MySpace ... and the pub... how to hand... some of unfi...

John Van... tee library said he has

PLEASE SE...

DISUNION IN THE ANGLICAN COMMUNION

Dist...

13 fi...

12/18/06 MON 16:29 [TX/RX NO 7641]

EXHIBIT

1

**DETAINEES**

...ericans who goes to ...t a security contractor ...s three months in U.S. ...tion in Baghdad. Page 6A

**...UG PAYMENTS ...Y BE REDUCED**

White House will propose ...cing Medicaid payments ...armacies as a way to ... money. Page 1B

**...IPANY FACES ...LE QUESTIONS**

...ments purportedly ...w Eli Lilly encouraged ...ticians to use a powerful ...g for dementia. Page 8A

John Yates, rector of The Falls Church, front, sits with other church leaders in the church's historic chapel in Falls Church, Va., on Nov. 29. The Falls Church and Truro Church in Fairfax — two of the most prominent Episcopal parishes in Virginia — voted overwhelmingly on Sunday to leave the Episcopal Church and join fellow Anglican conservatives forming a rival denomination in the United States. See story, Page 3A.

# A PUPPET OR A PARTNER?

## Kelly Abercrombie faces prison for role in a mortgage fraud

*Second of two parts*

TAMPA — With her blond hair hanging over the shoulders of her neat business suit and her fresh face turned toward the witness stand, Kelly Abercrombie looked like the least likely person to commit mortgage fraud.

But she is facing as much as 46 months in prison for her role in a scheme orchestrated by her longtime business partner, Todd Kolbe, which resulted in $1.8 million in losses for a New Jersey mortgage lender.

Abercrombie pleaded guilty to conspiracy to commit wire and mail fraud in June, and faces sentencing today by U.S. District Court Judge Steven Bucklew.

Abercrombie's attorney, Peter George, is arguing that his client deserves a lesser sentence because Kolbe manipulated her into taking part in fraudulent real estate deals and into forging signatures on appraisal documents.

Neither Abercrombie and her husband, Todd Kerber, nor George returned calls seeking comment about their real estate deals.

Federal prosecutors, led by Dennis Moore, have argued that Abercrombie, who has been Kolbe's closest business associate for more than a decade, was a full partner in the scheme to defraud mortgage lenders.

Whatever the judge decides, the damage has already been done. The crimes that Kolbe and Abercrombie committed have hurt businesses across the region. They have distorted the regional real estate market and helped to inflate taxable property values.

PLEASE SEE SERIES ON 14A

**CAUGHT IN WEB OF FLIPS**

Todd Kolbe's close business associate, Kelly Abercrombie, faces up to 46 months in prison when she is sentenced today for a scheme that cost a mortgage lender $1.8 million. She was also involved in other deals with Kolbe.

...winner, Republican Vern Buchanan, from taking his seat.

If she decides to pursue that route, her new majority presumably would vote for ... won the disputed election. A bitter partisan fight could be on the horizon.

PLEASE SEE PERSON ON 12A

# Men, and UPS, cut it closer this gift season

THE NEW YORK TIMES

If women have any doubts that their men truly love them, this won't help. According to at least one poll last week, nearly half of all men in relationships had yet to buy gifts for their spouses.

But forces of the corporate world are set to bail out shopping slackers yet again, only you wouldn't know how unless you somehow noticed that delivery trucks were making fewer left-hand turns than ever.

Spurred by the growth of e-commerce, shippers like UPS and others are shaving precious minutes from their delivery times by arranging shipping routes to avoid left-hand turns, among many other things.

Online retailers, meanwhile, have tweaked their own product handling systems, thanks to improved technology and lessons some-

PLEASE SEE COMMERCE ON 8A

For home delivery of the Herald-Tribune, call 342-9100.

# Lawyer says Abercrombie was manipulated by Kolbe

KEY PLAYERS

TWO OF ABERCROMBIE'S FLIPS

# Manatee library system boots MySpace

12/20/2006 14:48 FAX 937 293 0977 BRADY WARE 003

*Steven K. Dankof, Esq.*
*Lawyer*
*40 North Main Street*
*1500 Kettering Tower*
*Dayton, Ohio 45423*
*Telephone: 937-223-5050*
*Facsimile: 937-224-1402*
*www.DankofLaw.com*
*stevedankof@goodcounsel.com*

December 22 2006

**VIA CERTIFIED MAIL AND OVERNIGHT MAIL**

Ms. Diane McFarlin, Publisher
Mike Connelly, Executive Editor
Herald-Tribune
1741 Main Street
Sarasota, Florida 34236

RE: My Clients: Wesley Luburgh and Brady Skinner
Your December 18, 2006 Article – "A Puppet or a Partner?"

Dear Ms. McFarlin and Mr. Connelly:

Please be advised that I represent Messrs. Wesley Luburgh and Brady Skinner. I have done so continuously since 1991.

On Monday, December 18, 2006, your newspaper published an article by Michael Braga entitled "A Puppet or a Partner?" in which Mr. Braga either willfully or stupidly characterized my clients as "key players" in a real estate scam perpetrated by Ms. Kelly Abercrombie and former Sarasota mortgage broker Todd Kolbe. As you well know, Mr. Kolbe is serving time and Ms. Abercrombie has a reservation in February, 2007 for the same fate.

Messrs Luburgh and Skinner are, quite simply, legitimate Dayton, Ohio businessmen who, from time to time, have invested in Florida real estate.

In conducting his "investigation" leading to his December 18, 2006 story, Mr. Braga failed to contact either of my clients for comment. Had he done so, he would have learned immediately that the dealings of Messrs Luburgh and Skinner with Mr. Kolbe were strictly at arm's length and legitimate.



EXHIBIT 2

Mr. Braga's "analysis" of my clients' alleged role in the Abercrombie/Kolbe scheme is, at best, unsophisticated. For example, an increase in value of units at the Villa LeGrand Development in Venice of 30% between 1999 and 2001 is hardly evidence of criminal wrongdoing. I personally own a condominium on Marco Island which over the same period of time increased value over 100%, as did virtually all property on Florida's Gold Coast.

It is of note that neither Mr. Luburgh nor Mr. Skinner has been contacted by Florida or U.S. law enforcement authorities in conjunction with the Abercrombie/Kolbe investigation.

Mr. Braga's thoughtless and cavalier characterization of my clients as "key players" in the Abercrombie/Kolbe mortgage fraud scheme has already resulted in negative and untoward repercussions for my clients - only yesterday they met with one of their lenders who had seen Mr. Braga's story to give assurance that they were not involved in the Abercrombie/Kolbe scheme. Today Mr. Skinner has received several calls from Florida contacts who had seen your story.

This letter constitutes my clients' formal demand that the Herald-Tribune ***IMMEDIATELY*** publish in all of its various newspapers, and most particularly its Sarasota edition, a retraction of Mr. Braga's false, defamatory and disparaging statements. Doing so is the only possible means of minimizing the damage that my clients wrongfully suffer with each passing day.

I look forward to your immediate reply. ***Frankly, time is of the essence.*** I ***strongly*** encourage you to forward a copy of this letter to your counsel immediately. I can be reached on my cell phone (937-469-3288) at any time.

Sincerely,

Steven K. Dankof/plc

Steven K. Dankof, Esq.

SKD/plc

cc: Brady Skinner
Wesley Luburgh



**George Freeman**
Vice President &
Assistant General Counsel

229 West 43rd Street
New York, NY 10036

tel 212.556-1558
fax 212.556-4634
freemang@nytimes.com

December 27, 2006

Steven K. Dankof, Esq.
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423

Re: *Complaint of Wesley Luburgh and Brady Skinner re 12/18/06 Sarasota Herald-Tribune Article "A Puppet or a Partner?" by Michael Braga*

Dear Mr. Dankof:

Your letter of December 22, 2006 to Diane McFarlin, Publisher of the Sarasota Herald-Tribune, and Michael Connelly, its Executive Editor, has been forwarded to me for response. Your letter complains about the inclusion of your clients Wesley Luburgh and Brady Skinner in the above-identified article.

In particular, your letter complains about their being characterized as "key players" in a box accompanying the article. However, it seems undisputable that by buying and selling the various properties described two times, they were key participants in the real estate transactions which were a focus of the article. There was no suggestion or implication in the article that they had done anything illegitimate or had knowingly been involved in a mortgage fraud scheme. Indeed, a careful reading of the article and the box shows that they were not described in such a light.

More important, your letter is, simply put, mistaken in asserting that Mr.Braga failed to contact either of your clients for comment. In fact, Mr. Braga left detailed messages for both of them, specifically outlining the parameters of the proposed article, but neither of your clients saw fit to return his calls. Had they done so, you can be sure that their roles would have been explained in greater detail, indeed, in the context of their own explanation of the transactions. I would add that Mr. Braga still stands ready to discuss this matter with them at their convenience. If they do so, the newspaper would strongly consider a follow-up article as warranted either by future events or by the comments they would provide.

JAN - 5 2007

41112

EXHIBIT
3

In light of the fact that, for the reasons set forth above, we don't believe it would be appropriate to run a retraction regarding the generic and very broad "key players" rubric, I believe that the best way to precede would be for your clients to speak to Mr. Braga. If I can be of any help in setting that up, or if you would like to discuss this matter generally, please feel free to call.

Very truly yours,

George Freeman

GF/pd

cc: Diane McFarlin
Mike Connelly
Michael Braga

CERTIFIED MAIL

IF UNDELIVERABLE RETURN IN 3 DAYS

GREGORY A. BRUSH

MONTGOMERY COUNTY CLERK OF COURTS

41 N PERRY STREET

DAYTON, OHIO 45422-2150

7104 2230 1690 1900 0504

# RETURN RECEIPT REQUESTED

2007 CV 01868

NEW YORK TIMES COMPANY
PRENTICE HALL CORPORATION SYSTEM IN STAT AGENT
50 WEST BROAD STREET
COLUMBUS, OH 43215