IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRADY SKINNER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE NEW YORK TIMES COMPANY, et al., <br><br> Defendants. | CASE NO.: 3:08-cv-0011 <br><br> JUDGE: WALTER HERBERT RICE <br><br> **NOTICE OF FILING STIPULATED EXTENSION TO MOVE OR PLEAD** |

Pursuant to Local Rule 6.1(a), Defendants The New York Times Company and Michael Braga ("Defendants") hereby file the foregoing stipulated extension to move or plead in response to Plaintiffs' Brady Skinner and Wesley Luburgh ("Plaintiffs") complaint on or before **February 13, 2008**.

Defendants removed this action to this Court on January 16, 2008. Under Federal Rules of Civil Procedure 81(c) and 6(a), Defendants have until January 24, 2008 to move or plead in response to Plaintiffs' complaint. In accordance with Local Rule 6.1(a), Defendants may file a stipulated extension of up to 20 days to answer a complaint, thereby extending filing date of Defendants' response to **February 13, 2008**.

Plaintiffs Brady Skinner and Wesley Luburgh ("Plaintiffs") stipulate to this extension. Additionally, no prior stipulated extension to Defendants, together with this stipulated extension, exceeds a total of twenty days.

Respectfully submitted,

/s/ Sherri Blank Lazear
SHERRI BLANK LAZEAR (0030546)
BAKER & HOSTETLER, LLP
Capitol Square - Suite 2100
65 East State Street
Columbus, Ohio 43215-4260
Telephone: (614) 462-2631
Facsimile: (614) 462-2616
Email: slazear@bakerlaw.com
*Trial Attorney for Defendants*

LOUIS A. COLOMBO (0025711)
MELISSA A. DEGAETANO (0080567)
BAKER & HOSTETLER, LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
*Co-counsel for Defendants*

/s/ Steven K. Dankof, Sr. (telephonic authorization)
Skilken, Lowe & Dankof, LLC
40 NORTH Main Street
1500 Kettering Tower
Dayton, Ohio 45423
Telephone: (937) 223-5050
Facsimile: (937) 224-1402
steve@dankoflaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served via the Court's CM/ECF system on all registered parties on January 24, 2008.

/s/ Sherri Blank Lazear
SHERRI BLANK LAZEAR (0030546)
BAKER & HOSTETLER, LLP
Capitol Square - Suite 2100
65 East State Street
Columbus, Ohio 43215-4260
Telephone: (614) 462-2631
Facsimile: (614) 462-2616
Email: slazear@bakerlaw.com

Trial Attorney for Defendants