IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Brady Skinner, et al., | : | |
| Plaintiff, | : | Case No. 3:08-cv-0011 |
| -vs- | : | District Judge WHR |
| | | Magistrate Judge |
| New York Times Company, et al., | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.4(c), <u>Sherri Blank Lazear</u>, trial attorney for <u>Defendants</u> in the above-captioned action, hereby moves the court to admit <u>Louis Angelo Colombo</u> pro hac vice to appear and participate as counsel or co-counsel in this case for <u>Defendants</u>.

Movant represents that <u>Louis Angelo Colombo</u> is a member in good standing of the highest court of <u>Ohio</u> as attested by the accompanying certificate from that court and that <u>Louis Angelo Colombo</u> is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

<u>Louis Angelo Colombo</u> understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

<u>Louis Angelo Colombo</u>'s relevant identifying information is as follows:

Business telephone  216.621.0200      Business fax  216.696.0740

Business address   3200 National City Center
                   Cleveland OH 44114

Business e-mail address   lcolombo@bakerlaw.com

_/s/ Sherri Blank Lazear_
Sherri Blank Lazear

Trial attorney for  Defendants

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Louis Angelo Colombo

was admitted to the practice of law in Ohio on November 03, 1973; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 28th day of January, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*