IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| BRADY SKINNER, et al., | : | CASE NO.: 3:08-CV-0011 |
|---|---|---|
| Plaintiffs, | : | (Judge Walter Herbert Rice) |
| v. | : | |
| THE NEW YORK TIMES COMPANY, et al., | : | **PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |
| Defendants. | : | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, S.D. Ohio Civ. R. 6.1(b), and for the reasons set forth in the attached memorandum, Plaintiffs, Brady Skinner and Wesley Luburgh, move this Court for an extension of time through **May 5, 2008** in which to respond to Defendants' Motion to Dismiss.

Respectfully submitted,

/s/ Steven K. Dankof

Steven K. Dankof, Sr. (#0010428)
Thomas J. Intili (#0036843)
Steven K. Dankof, Jr. (#0080628)
Skilken, Lowe & Dankof LLC
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423
Tel: (937)223-1500
Fax: (937)224-1402
Email: steve@sldlawyers.com;
tji@sldlawyers.com;
stevedankofjr@sldlawyers.com
Attorneys for Plaintiffs

# MEMORANDUM

On February 12, 2008, Defendants filed a Motion to Dismiss on the grounds that this Court lacks personal jurisdiction over Defendants and that Plaintiffs have failed to state a claim upon which relief can be granted. Pursuant to S.D. Ohio Civ. R. 7.2(a)(2), Plaintiffs' response is due on Tuesday, March 4, 2008.

In support of Defendants' Motion, Defendants argue that The New York Times Company and Michael Braga do not have minimum contacts with the State of Ohio to support personal jurisdiction. Defendants further argue that New York Times Management Services, Inc., rather than The New York Times Company, is the proper corporate defendant, assuming minimum contacts exist.

In order to adequately respond to Defendants' Motion, Plaintiffs need sufficient time in which to conduct limited discovery pertaining to the personal jurisdiction issues including, without limitation, documents establishing the extent of Defendants' contacts with the State of Ohio and the corporate structure of The New York Times Company.

Rule 6(b) of the Federal Rules of Civil Procedure provides that when an act is required to be done within a specified time, the court for cause shown may order the period enlarged, if request therefore is made before the expiration of the period originally prescribed. Fed. R. Civ. P. 6(b). S.D. Ohio Civ. R. 6.1(b) provides that dates to respond to motions may be enlarged by motion.

As set forth above, the requested enlargement of time is necessary to permit discovery enabling Plaintiffs' response to Defendants' Motion to Dismiss. This motion is not interposed for purposes of unnecessary delay. Rather, it is interposed solely to

facilitate Plaintiffs' response to Defendants' Motion to Dismiss. Further, Defendants The New York Times Company and Michael Braga do not oppose the requested extension.

Based on the foregoing, Plaintiffs respectfully request an extension of time through **May 5, 2008** in which to respond to Defendants' Motion to Dismiss.

Respectfully submitted,

/s/ Steven K. Dankof

Steven K. Dankof, Sr. (#0010428)
Thomas J. Intili (#0036843)
Steven K. Dankof, Jr. (#0080628)
Skilken, Lowe & Dankof LLC
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423
Tel: (937)223-1500
Fax: (937)224-1402
Email: steve@sldlawyers.com;
tji@sldlawyers.com;
stevedankofjr@sldlawyers.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served vie the Court's CM/ECF system on all registered parties on February 29, 2008.

Steven K. Dankof, Sr. (#0010428)
Thomas J. Intili (#0036843)
Steven K. Dankof, Jr. (#0080628)
Skilken, Lowe & Dankof LLC
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423
Tel: (937)223-1500
Fax: (937)224-1402
Email: steve@sldlawyers.com;
tji@sldlawyers.com;
stevedankofjr@sldlawyers.com
Attorneys for Plaintiffs