IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| BRADY SKINNER, et al., | : | CASE NO.: 3:08-CV-0011 |
| --- | --- | --- |
| Plaintiffs, | : | |
| | : | (Judge Walter Herbert Rice) |
| v. | : | |
| | : | |
| THE NEW YORK TIMES COMPANY, et al., | : | **NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MICHAEL BRAGA** |
| Defendants. | : | |

Plaintiffs, Brady Skinner and Wesley Luburgh, give notice of service of their First Set of Interrogatories and First Request for Production of Documents to Defendant, Michael Braga.

Respectfully submitted,

_____
Steven K. Dankof, Sr. (#0010428)
Thomas J. Intili (#0036843)
Steven K. Dankof, Jr. (#0080628)
Skilken, Lowe & Dankof LLC
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423
Tel: (937)223-1500
Fax: (937)224-1420
Email: steve@sldlawyers.com;
tji@sldlawyers.com;
stevedankofjr@sldlawyers.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via the Court's CM/ECF system of all registered parties on March 10, 2008.

_____
Steven K. Dankof, Sr.