IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| BRADY SKINNER, et al., | : | CASE NO.: 3:08-CV-0011 |
| --- | --- | --- |
| Plaintiffs, | : | |
| | : | (Judge Walter Herbert Rice) |
| v. | : | |
| | : | |
| THE NEW YORK TIMES COMPANY, et al., | : | **NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT THE NEW YORK TIMES COMPANY** |
| Defendants. | : | |

Plaintiffs, Brady Skinner and Wesley Luburgh, give notice of service of their First Set of Interrogatories and First Request for Production of Documents to Defendant, The New York Times Company.

Respectfully submitted,

_____
Steven K. Dankof, Sr. (#0010428)
Thomas J. Intili (#0036843)
Steven K. Dankof, Jr. (#0080628)
Skilken, Lowe & Dankof LLC
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423
Tel: (937)223-1500
Fax: (937)224-1420
Email: steve@sldlawyers.com;
tji@sldlawyers.com;
stevedankofjr@sldlawyers.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via the Court's CM/ECF system of all registered parties on March 10, 2008.

_____
Steven K. Dankof, Sr.