IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| BRADY SKINNER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 3:08-CV-0011<br><br>Judge Walter Herbert Rice<br><br><br><br>STIPULATION OF DISMISSAL |

The parties hereto, by and through their counsel, hereby stipulate that the within action is dismissed with prejudice, each party to bear his or its own costs.

_____
Steven K. Dankof, Sr. (0010428)
SKILKEN, LOWE & DANKOF, LLC
40 North Main Street
1500 Kettering Tower
Dayton, Ohio 45423
(937) 223-1500
steve@sldlawyers.com
Counsel for Plaintiffs

*per email approval 5/12/08*
/Sherri B. Lazear (0030546)
BAKER & HOSTETLER, LLP
Capitol Square – Suite 2100
65 East State Street
Columbus, Ohio 43215-4260
(614) 462-2631
slazear@bakerlaw.com
Counsel for Defendants