IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Roger Summers et al.,

                                              :

             Plaintiff(s)

                                              :

       vs                          Case No:        3:88-cv-11

                                              :

                                              Judge:        Walter H. Rice

GAF Corp, et al.,                             :

             Defendant(s)

_____

NOTICE TO COUNSEL

_____


      The above captioned case has been received and filed in this Court.  It has been given the above captioned case number and judge assignment.  According to our records, Marcy Croft  is/are not admitted to practice in the Southern District of Ohio.  Please go to our website at www.ohsd.uscourts.gov for a copy of our local rules regarding pro hac vice admittance.  Our court is now using Electronic Case Filing.  Please review the Policies and Procedures Manuals as the Criminal and Civil filing found on our website.

      Pursuant to Southern District of Ohio Local Rule 83.4(e), unless otherwise ordered, in all actions filed in, transferred to or removed to this Court, all parties, not appearing in propria persona shall be represented by local counsel.

      Southern District of Ohio Local Rule 83.4(e) permits your participation, on a case by case basis, upon the filing of an application for admission pro hac vice with supporting documents **by the local counsel**.  A Two Hundred Dollars ($200.00) admission fee for each attorney applying must accompany your motion.  Should the application be denied the fee will be refunded.

      If this document is manually filed and you wish copies to be returned, a self addressed stamped envelope is required.  Filing of a document by fax is not accepted.

      Mailing address: Clerks Office, 200 West Second Street, Room 712, Dayton, OH 45402.


                              By:___J. Davis_____
                                 Deputy Clerk

Copy mailed to all Counsel