# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | C2:05-CV-562 | C2:05-CV-1147 | |
|---|---|---|---|
| | C2:05-CV-592 | C2:05-CV-1152 | |
| | C2:05-CV-613 | C2:05-CV-1164 | |
| | C2:05-CV-670 | C2:05-CV-1168 | |
| | C2:05-CV-682 | C2:06-CV-104 | |
| | C2:05-CV-719 | C2:06-CV-144 | |
| | C2:05-CV-726 | C2:06-CV-167 | |
| | C2:05-CV-758 | C2:06-CV-186 | JUDGE ALGENON L. MARBLEY |
| | C2:05-CV-759 | C2:06-CV-195 | |
| | C2:05-CV-796 | C2:06-CV-198 | |
| | C2:05-CV-802 | C2:06-CV-233 | |
| | C2:05-CV-890 | C2:06-CV-271 | |
| | C2:05-CV-912 | C2:06-CV-275 | |
| | C2:05-CV-925 | C2:06-CV-320 | |
| | C2:05-CV-986 | C2:06-CV-328 | |
| | C2:05-CV-987 | C2:06-CV-361 | |
| | C2:05-CV-996 | C2:06-CV-388 | |
| | C2:05-CV-1022 | C2:06-CV-400 | |
| | C2:05-CV-1033 | C2:06-CV-412 | |
| | C2:05-CV-1080 | | |

## ORDER TRANSFERRING CASES

The Honorable Judge Algenon L. Marbley hereby transfers the above-styled cases which were randomly selected for reassignment to the docket of The Honorable Judge Michael Watson.

**IT IS SO ORDERED.**

                                             s/Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **UNITED STATES DISTRICT JUDGE**

**DATED: June 23, 2006**