IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DENNIS NOLAND

   PETITIONER,

V.

PAT HURLEY, WARDEN,

   RESPONDENT

CASE NO. 2:05-cv-682
JUDGE MARBLEY
MAGISTRATE JUDGE ABEL

## STATUS REPORT

APPEAL WAS MAILED TO THE OHIO SUPREME COURT ON JUNE 19 2006 AND FILED ON JUNE 23 2006. SEE ATTACHED COPYS. I HAVE NOT RECIEVED A RULEING ON THE CASE NO. 06-1217 AS OF THIS DATE SEPTEMBER 19 2006.

Skinner et al v. New York Times Company    Doc. 18

I CERTIFY THE ATTACHED COPYS ARE TRUE COPYS AND WAS MAILED TO THIS COURT ON SEPTEMBER 19 2006 BY PLACEING IT IN THE MAIL AT NOBLE C.I.

BY DENNIS NOLAND

*Dennis Noland*

# IN THE SUPREME COURT OF OHIO

State of Ohio
PLAINTIFF-APPELLEE,

**06-1217**

S.CT CASE NO. _____

-VS-

ON APPEAL FROM THE _4_ DIST.
COURT OF APPEALS. Washington
COUNTY OHIO.

Dennis Noland
DEFENDANT-APPELLANT

COURT OF APPEALS CASE NO.
02 CA 028 - 04CA9

**RECEIVED**
JUN 2 3 2006
MARCIA J MENGEL, CLERK
SUPREME COURT OF OHIO

NOTICE OF APPEAL

**FILED**
JUN 2 3 2006
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

PLAINTIFF-APPELLEE:

Washington Co. prosecutor
NAME

Washington Co. Courthouse
ADDRESS

205 Putnam St

Marietta Ohio 45750

DEFENDANT-APPELLANT, PRO SE

Dennis Noland #427-148
NAME

Noble C.I.
ADDRESS

15708 McConnelsville Rd.

Caldwell, Ohio 43724

## CERTIFICATE OF SERVICE

I THE UNDERSIGNED STATE THAT A TRUE COPY OF THIS NOTICE
OF APPEAL WAS SENT TO ALL PARTY(S) INVOLVED ON THIS _19_
DAY OF ___June___, _2006_. BY U.S. MAIL.

BY: Dennis Noland

i

ORIGINAL

IN THE SUPREME COURT OF OHIO

**06-1217**

State of Ohio
PLAINTIFF-APPELLEE

S.CT CASE NO. _____

VS

ON APPEAL FROM THE 4th DIST
COURT OF APPEALS. Washington
COUNTY OHIO.

Dennis Noland
DEFENDANT-APPELLANT

COURT OF APPEALS CASE NO.
02 CA 028 & 04 CA 9

---

MEMORANDUM IN SUPPORT OF JURISDICTION OF APPELLANT

---

Dennis Noland # 427-148
NAME AND NUMBER (DEFENDANT-APPELLANT)

Noble C.I.
ADDRESS

15708 McConnelsville Rd.
Caldwell, Ohio 43724

Washington Co. Prosecutor
PROSECUTION (PLAINTIFF-APPELLEE)

Washington Co. Courthouse
ADDRESS

205 Putnam St

Marietta Ohio 45750

FILED
JUN 23 2006
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

CERTIFICATE OF SERVICE

ON June 19, 2006 A TRUE COPY WAS SENT TO
THE PROSECUTOR OF Washington COUNTY OHIO BY U.S. MAIL
BY: Dennis Noland

ii

RECEIVED
JUN 2 3 2006
MARCIA J MENGEL, CLERK
SUPREME COURT OF OHIO

FILED
JUN 2 3 2006
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

APPENDIX E. CASE INFORMATION STATEMENT

**ORIGINAL**

# In The Supreme Court of Ohio

## Case Information Statement

**Case Caption:** State v. Noland

**Case No.:** 06-1217

**I.** Has this case previously been decided or remanded by this Court? Yes ☐ No ☑

If so, please provide the Case Name: N/A
Case No.: N/A
Any Citation: N/A

**II.** Will the determination of this case involve the interpretation or application of any particular case decided by the Supreme Court of Ohio or the Supreme Court of the United States? Yes ☑ No ☐

If so, please provide the Case Name and Citation: Blakely v. Washington 124 S.Ct 2531

Will the determination of this case involve the interpretation or application of any particular constitutional provision, statute, or rule of court? Yes ☐ No ☑

If so, please provide the appropriate citation to the constitutional provision, statute, or court rule, as follows:

- U.S. Constitution: Article ____, Section ____
- Ohio Constitution: Article ____, Section ____
- United States Code: Title ____, Section ____
- Ohio Revised Code: R.C. ____
- Court Rule: ____
- Ohio Admin. Code: O.A.C. ____

**III.** Indicate up to three primary areas or topics of law involved in this proceeding (e.g., jury instructions, UM/UIM, search and seizure, etc.):
1) Sentence is Contrary to Law
2) Unlawful predator spec.
3) Ineffective Counsel

**IV.** Are you aware of any case now pending or about to be brought before this Court that involves an issue substantially the same as, similar to, or related to an issue in this case? Yes ☐ No ☑

If so, please identify the Case Name: N/A
Case No.: N/A
Court where Currently Pending: N/A
Issue: N/A

**Contact information for appellant or counsel:**

Name: Dennis Noland #427-148
Address: 15708 McConnelsville Rd.
City: Caldwell  State: Ohio  Zip Code: 43724

Telephone #: Dennis Noland
Fax #:
Signature of appellant ~~or counsel~~
Counsel for: Pro Se