# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DENNIS NOLAND,**

      **Petitioner,**

    **v.**                      **CASE NO. 2:05-cv-682**
                                     **JUDGE MARBLEY**
**PAT HURLEY, Warden,**         **MAGISTRATE JUDGE ABEL**

      **Respondent.**

## ORDER

On May 26, 2006, the instant habeas corpus proceedings were stayed so that petitioner could exhaust state court remedies by filing a delayed application to reopen the appeal in the state appellate court pursuant to Ohio Appellate Rule 26(B). Doc. No. 13. On October 23, 2006, petitioner filed a notice of exhaustion. *See* Doc. No. 19. Therefore, proceedings in this case are hereby **REACTIVATED.**

Respondent is **DIRECTED** to file a supplemental response to the instant habeas corpus petition within twenty (20) days of the date of this order.

      **IT IS SO ORDERED.**

                                      s/Mark R. Abel
                                      United States Magistrate Judge